UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA, )
)
vs. ) Cause No.
) 2:15-cr-00031-PPS-JEM-1
RONNIE CORNELL COSBY, )
)
Defendant. )

**EXCERPT OF JURY TRIAL**
**TESTIMONY OF CARRIE LANDAU, VOLUME I**
**September 6, 2017; Hammond, Indiana**
**BEFORE THE HONORABLE PHILIP P. SIMON**
**UNITED STATES DISTRICT COURT**

A P P E A R A N C E S:

FOR THE GOVERNMENT: United States Attorney's Office
ABIZER ZANZI - AUSA; and
JILL ROCHELLE KOSTER - AUSA
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Phone: (219) 937-5500
Fax: (219) 852-2770
abizer.zanzi@usdoj.gov
jill.koster@usdoj.gov

FOR THE DEFENDANT: KERRY C. CONNOR
9013 Indianapolis Boulevard
Suite C
Highland, Indiana 46322
Phone: (219) 972-7111
Fax: (219) 972-7110
Kcconnor@sbcglobal.net

ALSO PRESENT: Case Agent Mark Biller;
Case Agent Phil Coduti; and
Defendant, Ronnie Cornell Cosby.

Proceedings reported by stenotype. Transcript produced by computer-aided transcription.

(WHEREUPON, proceedings were had and reported, but not made a part of this record.)

(The following proceedings were had in open court.)

**THE COURT:** All right. Counsel for the Government, you may call your first witness.

**MS. KOSTER:** Thank you, Your Honor. The Government calls Special Agent Carrie Landau.

**THE COURT:** Good afternoon. Ma'am, please raise your right hand to take an oath.

(The oath was duly administered.)

**THE WITNESS:** I do.

**THE COURT:** All right. You may proceed.

**MS. KOSTER:** Thank you.

**CARRIE LANDAU, GOVERNMENT'S WITNESS, SWORN**

**DIRECT EXAMINATION**

**BY MS. KOSTER:**

Q. Please state your full name.

**A. Carrie Landau.**

Q. Where are you employed?

**A. I'm an FBI agent; Chicago Division, South Resident Agency.**

Q. How long have you been an FBI agent?

**A. For 15 years.**

Q. What is your title with the FBI?

**A. I'm a special agent who specializes in crimes against children.**

Q. Were you asked to come here today to provide expert testimony on the subject of sex trafficking?
A. Yes, I was.
Q. Before we get to that expert testimony, I'd like to ask you some questions about what qualifies you to testify as an expert in that area.
Can you briefly summarize your education for us.
A. Yes. I have a Bachelor's Degree in Criminal Justice as well as a Master's Degree in Criminal Justice and received 18 weeks of training in Quantico, Virginia, to become an FBI special agent.
Q. Prior to joining the FBI, where were you employed?
A. I was employed in multiple places; specifically, lastly, in the Seventh Judicial District, Department of Corrections, where I was a residential officer at a halfway house for Federal and State offenders, and then also as a juvenile court liaison within a high school there. So I reported directly to the Seventh Judicial District for individuals who were on probation.
Q. You said that was in Davenport, Iowa?
A. Yes, Davenport.
Q. How long did you hold those positions collectively?
A. Seven years.
Q. You participate in the investigation of sex trafficking?
A. Yes.

Q. How long have you worked sex trafficking cases?

A. I was thinking about this prior to my testimony. So 13 years as an FBI agent. However, prior to working for the Seventh Judicial District, I was a foster care and protective services worker in Genesee County in Michigan, where I oversaw cases, including removing children from home and also placing those children in foster care.

During that time, a three-year period, I investigated and placed children who were involved in abuse, neglect, those types of situations, but also trafficking.

Q. So would you say 16 years total, then?

A. Yes.

Q. Prior to joining the Chicago South RA, were you at a different location within the FBI?

A. Yes, I was.

Q. Where was that?

A. I was in Cleveland, Ohio.

Q. And what did you do in Cleveland?

A. I was an FBI agent there, placed on a violent crime squad. We specialized in crimes against children, bank robberies, fugitives. We were a Safe Streets task force, and so one of our primary missions was the arrest and apprehension of individuals in all types of cases where we received warrants from Federal and State authorities.

Q. Now, did you provide a copy of your CV, your resume, for

the Court's consideration?
A. I did.
Q. And would you like to make a correction to the CV?
A. I would.
Q. Please tell us what that is.
A. Yes. During my time in Cleveland, I had it listed there that I was the bank robbery coordinator. I had all of the duties of the bank robbery coordinator; but in speaking with my prior supervisor, he said that he had approached the front office and asked for the permission to make me the coordinator, but I was too new at the time. So I still got the duties, just not the title.
Q. Okay. So that correction is noted.
A. Thank you.
Q. How long were you at the Cleveland RA?
A. Three-and-a-half years.
Q. And then you were transferred to Chicago?
A. Yes.
Q. Prior to being transferred to Chicago, did you work sex trafficking cases in Cleveland?
A. I did.
Q. Tell us about that.
A. I worked the first sex trafficking case in the Northern District of Ohio. That was prosecuted by Federal authorities there, by the FBI and the U.S. Attorney's Office, Northern

District of Ohio. That case in particular involved a 14-year-old victim and some other victims.

So that was my first experience working a case like that on a Federal level.

Q. Approximately how many sex trafficking investigations have you participated in?

A. I would say 120.

Q. And in what role in those investigations -- What role did you play?

A. In those investigations, I either participated or I was a case agent.

Q. What does it mean to be a case agent?

A. A case agent can be by choice and/or being voluntold. So a supervisor can tell you, "Hey, this is going to be your case," or you can develop leads that put you in a position to be the primary person involved in the case.

Q. How many sex trafficking cases approximately have you served as the lead investigator?

A. Thirty.

Q. Have you interviewed suspects in sex trafficking investigations?

A. Yes, I have.

Q. Approximately how many?

A. Fifty.

Q. And have you interviewed victims of sex trafficking?

A. I have.
Q. Approximately how many?
A. Hundreds, but -- but last calculation, around 500.
Q. How many of those were under the age of 18, were minors?
A. At least a hundred.
Q. What is the "Innocence Lost Initiative" at the FBI?
A. The "Innocence Lost Initiative" began in 2003. It was an approach made basically for the purpose of realizing that there was a problem with sex trafficking and that there was an issue out there.

Lots of different agencies had leads and information that was provided to them by different non-government organizations; and so we realized that there was a system that needed to be put in place for essentially deconfliction purposes so multiple agencies weren't working the same trafficker and/or helping the same victims.
Q. I see from your CV that you were the Crimes Against Children Coordinator of the Chicago Division for six years.
A. Yes, I was.
Q. Tell the jury what that time frame was.
A. The coordinator position essentially is -- At the time, it was two bodies in place, two agents in place, because of a large division.

I was primarily responsible. We have multiple resident agencies which are subsets of the Chicago Division office. So

I was in charge of coordinating efforts between the resident agencies and the headquarters office. The other agent was at the headquarters office, and she and I would collaborate between us about what tips were going to be covered that were coming in, who was doing what, in a way that we could manage the cases and so everybody kind of knew what was going on.

Part of my job also in that was educating local law enforcement officers, hotels, different entities, non-government organizations, about crimes against children, but most particularly in sex trafficking and what to look for.

Q. Have you participated in the Cook County Human Trafficking Task Force law enforcement working group?

A. Yes, I have.

Q. I want to direct your attention now to your training that you've received.

You mentioned Quantico and the 17-week program. How many hours of training have you received specific to crimes against children and sex trafficking of children and adults?

A. Over 300 hours.

Q. Since 2011, have you participated in the FBI's training division?

A. Yes.

Q. What is the training division?

A. The training division is essentially through the violent crimes against children unit, and they give you permission to

put on different trainings and educate the public and ask you sometimes to provide training.

So I've done multiple trainings throughout not only Northern District of Indiana, but all different states in the United States.

Q. Approximately how many trainings on sex trafficking?

A. Oh. That's a rough number to give. A lot.

Q. More than 25?

A. I would say more than 25.

Q. Have those presentations included presentations at the Cook County Human Trafficking Conference?

A. Yes.

Q. And what about the crimes against children national conference in Dallas?

A. Yes, they have.

Q. I see you've been given some awards for your --

A. Yes.

Q. -- work in sex trafficking. Can you briefly summarize one or two of those awards.

A. Sure. One of the first awards that we received was through the Crime Commission in Chicago, and that was for the first case in Illinois run by Cook County States Attorney's Office, Chicago Police Department, FBI, Cook County Sheriff's Police. It was a wiretap investigation with multiple subjects and targets, traffickers involved in the exploitation of

**minors. That award was received, I believe it was, 2010. I'm not sure.**

Q. Okay. Based on your training and experience, are you able to explain to the jury the business of sex trafficking and the role technology plays?

**A. Yes.**

Q. What about the methods used by pimps to prostitute women and girls?

**A. Yes.**

Q. How about victims' responses and reactions to being prostituted?

**A. Yes.**

Q. I want to be clear. Did you participate in the investigation of this case in particular?

**A. No, I have not.**

Q. Do you know what charges the Defendant is facing in this case?

**A. I do not.**

Q. Have you interviewed or read interview reports of the victims in this case relating to the charges in this case?

**A. No, I have not.**

Q. Is it fair to say that your testimony here today is based solely on your training and experience, generally speaking?

**A. Yes, it is.**

Q. You have no knowledge of the facts of this case?

**A. I do not.**

Q. Let's talk about the business of sex trafficking.

What is a pimp?

**MS. CONNOR:** Your Honor, excuse me. I just want to make a continuing objection based on my previous objection.

**THE COURT:** That's noted.

**MS. CONNOR:** Thank you.

**BY THE WITNESS:**

**A. A pimp, generally speaking, is an individual who targets and tricks and manipulates individuals for their own desires and benefits from it.**

**BY MS. KOSTER:**

Q. What is a "john" in the context of prostitution?

**A. That is a client.**

Q. A man who pays or a person who pays for prostitution?

**A. Yes.**

Q. What is a "call"?

**A. A "call" is the act of prostitution. So it would be to get in touch with the person and actually have a date.**

Q. Is that also referred to by another term? Are you familiar with the term "trick"?

**A. Yes.**

Q. What does that mean?

**A. A "trick" is a date.**

Q. These days, how does a john or a person who's interested

in hiring a prostitute go about finding one?

**MS. CONNOR:** I'm going to object to the form of the question as to how all an individual does something.

**THE COURT:** Maybe be more specific.

**MS. KOSTER:** I can rephrase it.

**THE COURT:** Rephrase the question.

**BY MS. KOSTER:**

Q. Are you familiar with Backpage.com?

A. **I am.**

Q. Is that a place where people go looking for prostitutes?

A. **Yes, they do.**

Q. Now, I'm going to be asking you some questions about Backpage.com. I want to direct your attention to the 2014/2015 time frame. That's the time frame relevant to this case.

A. **Okay.**

Q. At that time was prostitution legal or illegal in Indiana and Illinois?

**MS. CONNOR:** Objection; relevance.

**THE COURT:** Overruled.

**BY THE WITNESS:**

A. **Illegal.**

**BY MS. KOSTER:**

Q. So you said Backpage.com is a place people would go to find prostitutes. Do they call it prostitution on Backpage?

A. **No, they do not.**

Q. What types of terms do they use as euphemisms for prostitution?

A. "Escorts." "Women Seeking Men." Sometimes "Massages."

Q. Are you familiar with the Chicago Adult Entertainment Section?

A. I am.

Q. And with the Chicago Escort Subsection of that part of Backpage.com?

A. I am.

Q. Are there other ways that johns seek out and find prostitutes?

A. Yes. There are other ways. There's party lines. There's different websites that are utilized for the same purpose. Sometimes strip clubs.

Q. Focusing on Backpage.com, when a person, when a john, sees an ad, what sort of steps are taken then, generally speaking, to arrange the call, or the trick?

A. Generally, what we're seeing more and more is the form of text messages that are being used and/or inbox messages, e-mail, that type of thing.

Not so much phone calls anymore, but a phone call, some type of communication to set up the date.

And so on those advertisements there's a phone number. We could pull several up right now, right here, for Hammond, Indiana, on the internet.

**And then a client reaches out to the person on the other end of the phone and sets up that date.**

Q. What sort of information is exchanged in those initial communications in your experience?

**A. There can be different types of things that are exchanged. There is a tendency to try to make sure they're staying away from law enforcement, and so they might request the female -- the female may request from the male, let's say, that's ordering the service, request a photo be sent.**

Q. What kind of photograph?

**A. A provocative photograph, even a very specific photograph, because they know -- or they believe that law enforcement can't send that type of photograph, and so they may send or ask for a body part to be sent.**

Q. And is that body part typically the male penis?

**A. Yes, it is.**

Q. So they ask for sometimes what's called a "dick pic" --

**A. Yes.**

Q. -- to be sent as sort of proof of, "I'm not a law enforcement officer"?

**A. Yes.**

Q. What else? What other things are discussed in those early communications?

**A. Generally, a donation. That's the term that's used for providing the money in exchange for sex, and so there's**

generally an agreement ahead of time for what will transpire thereafter.

Q. Is it common for the two parties to discuss what sex acts are possible?

A. Yes.

Q. And what about the location where the trick, or call, will occur?

A. Yes. And, again, oftentimes, that is hidden until the very end because they're trying to make sure that the person on the other end is who they say they are. Both, actually. The john is doing his own, I guess, surveillance, if you will, as well as the female.

Q. What is an "outcall"?

A. An "outcall" is when the female -- And pardon me. I'm just going to use the term "female" when I'm referring to the person providing the service. That's what we commonly see.

Q. Not all prostitutes are women?

A. Exactly.

Q. But most prostitutes are women?

A. Exactly.

Q. Okay. You were explaining an outcall. Sorry.

A. Yes. That is when the female will go out to the client.

Q. And when you say "go out," where might that occur?

A. It could occur at a house. It could occur in a parking lot. But generally hotels.

Q. So they order the prostitutes sort of like you might order a pizza?

A. Exactly.

**MS. CONNOR:** I'm going to object as to leading and motion to strike.

**THE COURT:** Yeah. Let's not --

**MS. CONNOR:** And argument.

**THE COURT:** Let's not lead the witness. Proceed.

**BY MS. KOSTER:**

Q. What is an in-call?

A. An in-call is when the client comes in to the female.

Q. Wherever location designated by the female?

A. Exactly.

**MS. CONNOR:** Objection; leading.

**THE COURT:** Sustained.

**MS. KOSTER:** I'm clarifying, laying foundation.

**THE COURT:** It's not foundational. So please don't lead the witness. Proceed.

**BY MS. KOSTER:**

Q. How are hotels used in prostitution?

A. It depends. Oftentimes, the trafficker will rent the hotel room. Sometimes the actual victim in a case and/or the female who's actually providing the service will rent the hotel room. Sometimes the client will rent the hotel room. It just depends. But rentals of hotel rooms often occur.

Q. Why hotel rooms? Are there reasons?

**A. I think it's a lot of different reasons, but I think it's easy to hide from the general public. I mean, people stay at hotels all the time, and that isn't necessarily what it's for; but there's also by-the-hour places, things like that.**

Q. Let's focus on the pimp's role when a pimp is involved with a prostitute.

Does the pimp want the johns, or the clients, to know he's involved?

**A. No.**

Q. Why not?

**MS. CONNOR:** I'm going to object as to foundation.

**THE COURT:** Yeah. We need some more foundation about how she might know this.

**MS. KOSTER:** Okay.

**BY MS. KOSTER:**

Q. You indicated that you've interviewed approximately 50 different targets or defendants in sex trafficking cases?

**A. Yes.**

Q. Have they described to you their methods?

**A. They have.**

Q. And have you -- You said you interviewed 500 victims of sex trafficking?

**A. Yes.**

Q. Have they described to you the methods used by pimps?

A. They have.
Q. And statements made by pimps?
A. They have.
Q. And, just generally speaking, why certain things are done a certain way when it comes to sex trafficking?
A. Yes.
Q. And is the pimp's role one of the things that you can make generalizations about being done a certain way typically?
A. Yes.

MS. KOSTER: Is that sufficient?

THE COURT: All right.

BY MS. KOSTER:

Q. So I asked whether a person who's planning -- a pimp wants the john, the customer, to know he's involved. Generally speaking, do they want that?
A. No, they do not.
Q. Explain.
A. There's lots of different reasons for that. In particular, the will of the participating person providing the service. And so if, as an example, a pimp is there beating on a girl and saying, "You have to do this," by way of force, that's not going to bode well for the exchange of money and the service to be provided.

Another example of that would be, oftentimes, what we see are pimps waiting in the cars outside of hotels, which is

**interesting to me because they're there, or at least they sell the idea to the girl who's participating in this type of activity that they're there for security, when all in all, if something happens in that hotel room, which happens all the time around here, girls getting hurt and beat and choked by johns and clients, they're not anywhere near to be found.**

**We have found them over at the K-Mart in Lansing, Illinois, next to all of the hotels there off of the highway. We have found them at a local bar. They're not providing any type of security, although, again, that's the idea that's being sold to the female in the case.**

Q. Generally speaking, do johns prefer or not prefer when there's a pimp involved in the prostitution?

**MS. CONNOR:** I'm going to object as to foundation on expertise as to the johns.

**THE COURT:** Again, more foundation about how many johns has she interviewed and how she might know this.

**MS. KOSTER:** Sure.

**BY MS. KOSTER:**

Q. Have you interviewed johns, prostitution johns?

**A. I have. A lot.**

Q. Approximately how many?

**A. Hundreds.**

Q. Now, have they explained to you what they look for or don't look for in a prostitution call or situation?

A. Yes. And to clarify, oftentimes, those statements are not true. Most of the time when I have interviewed johns, it's all lies. It's about what's not happening at home. It's about why they're at the place that they're at.

But when we've explained to them later as an educational piece in doing reversals -- which is when we go after the demand in these types of cases. So we aren't all just looking out for traffickers or looking to recover victims. We're looking to stop the demand in these cases, as well.

So when we're speaking to them and interviewing them subsequent to a sting operation, we explain to them, "You do realize you could be actually paying for sex with a 13-year-old girl or 14-year-old girl. How would you feel if this was your daughter?" And --

Q. Let me stop you there.

**MS. CONNOR:** Your Honor, I'm going to object and move to strike at this point. The witness indicated, when she interviews johns, they usually lie to her, so I'm still questioning the foundation, and also the response -- the answer was not responsive to the question.

**MS. KOSTER:** I have no objection to the motion to strike.

**THE COURT:** Yeah, I'm going to strike that --

**MS. KOSTER:** I think she misunderstood my question.

**THE COURT:** Let me just instruct the jury.

You heard that last answer. I'm striking it from the record. I'm going to instruct you to disregard it and make no reference to it during your deliberations on the case.

Rephrase the question.

**BY MS. KOSTER:**

Q. Have johns expressed to you a concern that they could be in danger if there's a pimp in the room?

**MS. CONNOR:** I'm going to object again, Your Honor, to the line of questioning in terms of the expertise of this witness. She indicated the johns she's talked to lie to her.

**THE COURT:** Overruled.

**THE WITNESS:** Can you repeat the question.

**MS. KOSTER:** Can it be read back. I'm afraid I won't get it right.

**THE COURT:** Could you just rephrase the question. I'm afraid she's not going to have it exactly either.

**BY MS. KOSTER:**

Q. Have johns expressed to you a fear of -- that they could get hurt if there's a pimp in the room or they would be less inclined to go forward with the sex act if the pimp is in the immediate proximity?

**A. Yes, they have.**

Q. Why is that, or what sort of, generally speaking, things have they expressed?

**MS. CONNOR:** I'm going to object to the relevance.

**MS. KOSTER:** I'm trying to explain why the pimp isn't in the room.

**THE COURT:** Okay. I'm going to overrule, but I want to wrap this up --

**MS. KOSTER:** I'm trying.

**THE COURT:** Because this is a little running afield, I think --

**MS. KOSTER:** Right.

**THE COURT:** -- of our point here.

**BY MS. KOSTER:**

Q. So I'm trying to have you explain why the pimp doesn't stay in the room. You talked about the car, but my question is about also the interaction with the john.

**A. They don't want a third person involved. They're generally stepping out on a significant other and having a date with someone that may not be their wife. That's the experience that I've had. So it's in secret and with what they see as a willing partner. And if a trafficker was there, a pimp was there, that's not a willing partner.**

Q. Based on your training and experience, do pimps target particular types of girls or women?

**A. Yes.**

Q. How would you describe generally?

**A. Vulnerable victims. Victims who are having trouble at home. Victims who may be addicted to drugs. People who may be**

**struggling financially. Any type of vulnerability they can prey on, they will.**

Q. Are you familiar with the term "turning out"?

**A. I am.**

Q. What does it mean to turn someone out?

**A. That means to put someone in a position to prostitute for the first time.**

Q. You said the victims are typically, generally speaking, vulnerable. How does the pimp take advantage of that?

**MS. CONNOR:** I'm going to object, Your Honor. May we approach?

**THE COURT:** Sure.

(A bench conference was had as follows:)

**THE COURT:** Ms. Connor.

**MS. CONNOR:** Yes. We're getting dangerously -- we're there in terms of a psychological analysis of why certain things are done, and I would object to that line of questioning.

**THE COURT:** Yeah. I'm going to sustain that. That was kind of a long line you're trying to draw here. I just don't think she is qualified to testify as to why these people are doing what they're doing from a psychological point of view, and I feel like -- You're back.

**MS. KOSTER:** Sorry. I'm back.

**THE COURT:** I kind of feel like that's where this is

heading. So I'm just going to ask that you stay away from that, okay?

**MS. KOSTER:** And, Judge, I'm just looking for my notes. That's why I was shuffling through my papers, because I was taking notes as you were giving your ruling today; and you indicated, in addition to sort of the logistics involved in prostitution, that she would be able to testify about the methods of control that are used by pimps and also the impact of prostitution on the victims. That's what I'm trying to get at here.

**THE COURT:** That's fine, but I don't think that's what you were asking. I really don't think that's getting at what you were -- you were asking what were the pimps thinking or what was motivating them, which is different from what you're talking about now.

**MS. KOSTER:** Well, then I maybe didn't phrase the question very well, but she established that the victims are vulnerable, and so the next step is how does the pimp -- why do they target vulnerable victims, like what are they doing.

**THE COURT:** That's what I'm saying. I feel like that's getting into things that this witness may not necessarily be qualified to testify about. It was a "why" question, and you've established, I think, what you need to establish with this witness, what is the practice in this industry, how does it work, and who is targeted. But when you

start getting into the motivation and why it's done and the psychology of it, I think it starts straying -- This is a different witness from, say, Dr. Cooper in these other cases, who was a pediatrician and a trained medical provider. This is a different kind of witness.

**MS. KOSTER:** Okay. I think I understand the Court's ruling. Are you saying I can't get into the methods used to control victims?

**THE COURT:** Yes, but not the motivation behind it or --

**MS. KOSTER:** Okay.

**THE COURT:** The thinking.

**MS. KOSTER:** Okay.

**THE COURT:** You know, factually, what do they do with these victims.

**MS. KOSTER:** Okay.

**THE COURT:** That's one thing.

**MS. KOSTER:** Okay.

**THE COURT:** The motivation behind it, I think, starts straying into an expertise that, quite frankly, she may have or that -- but I don't think that.

**MS. KOSTER:** Okay. I understand.

(End of bench conference.)

**THE COURT:** Ms. Koster, while we're sort of on a break here, it's five minutes to 5:00. How much time on direct

examination do you expect to have?

**MS. KOSTER:** I mean, I won't finish in five minutes.

**THE COURT:** Yeah. I'll tell you what. I think, because we're breaking now, in any event, I think we'll recess for the day. When we pick back up tomorrow, we'll continue with the direct examination of this witness; and then, of course, the Defense will have a chance to cross-examine, and we'll proceed with additional witnesses.

I'm going to ask that you be here tomorrow by 8:30, and we'll try to start promptly at a quarter to 9:00. We'll have some pastries and coffee for you hopefully, and we'll try to start promptly at a quarter to 9:00. So please be prompt. We're operating on a schedule here that's tight, and I know you all want to get through the trial as well in as expeditious of a way as we can, giving everybody a reasonable opportunity to present their case. So I appreciate your lots of patience today because it's a long day, and so I appreciate that.

I want to reiterate to you that: Don't go home and do any outside reading about the case. Don't read anything in the newspapers, listen to any broadcast reports about the case. Don't get on the internet looking for information about the case or anything of the sort. Also, of course, you can't talk about the case with anyone at home or with one another as you leave today or come back in tomorrow morning. And, of course, you have to keep an open mind, continue to do that, until the

case has been submitted to you.

So, again, thank you for your patience today, and we'll see you tomorrow morning. So you can follow Carlos back to the jury room.

(The jury exited the courtroom at 4:56 p.m.)

**THE COURT:** Okay. Ma'am, if you could be back here by 8:30 tomorrow as well.

(WHEREUPON, further proceedings were had and reported but not made a part of this record.)

* * *

END OF REQUESTED TRANSCRIPT

CERTIFICATE OF REPORTER

I, Angela Phipps, a Registered Merit Reporter and Certified Realtime Reporter, certify that the foregoing is a true, complete, and accurate excerpt of the proceedings ordered to be transcribed in the above-entitled case before the Honorable Philip P. Simon, in Hammond, Indiana, on September 6, 2017.

Date: October 27, 2017 S/Angela Phipps

**S/Angela Phipps**
**Court Reporter**

**1**

120 [1] 6/7
13 [1] 4/3
13-year-old [1] 20/12
14-year-old [2] 6/2 20/13
15 [1] 2/22
1500 [1] 1/13
16 [1] 4/11
17-week [1] 8/16
18 [2] 3/10 7/4

**2**

2003 [1] 7/7
2010 [1] 10/1
2011 [1] 8/20
2014/2015 [1] 12/13
2015 [1] 12/13
2017 [3] 1/8 27/18 27/20
219 [4] 1/14 1/15 1/19 1/19
25 [2] 9/8 9/9
27 [1] 27/20
2770 [1] 1/15
2:15-cr-00031-PPS-JEM-1 [1] 1/4

**3**

300 [1] 8/19

**4**

46320 [1] 1/14
46322 [1] 1/18
4:56 [1] 27/5

**5**

50 [1] 17/18
500 [2] 7/3 17/22
5400 [1] 1/13
5500 [1] 1/14
5:00 [1] 25/25

**7**

7110 [1] 1/19
7111 [1] 1/19

**8**

852-2770 [1] 1/15
8:30 [2] 26/9 27/7

**9**

9013 [1] 1/17
937-5500 [1] 1/14
972-7110 [1] 1/19
972-7111 [1] 1/19
9:00 [2] 26/10 26/12

**A**

ABIZER [1] 1/12
abizer.zanzi [1] 1/15
able [2] 10/3 24/7
about [26] 3/5 4/2 5/22 8/4 8/9 9/13 10/7 10/10 11/2 12/1 12/12 15/6 17/13 18/8 19/16 20/3 20/3 22/12 22/13 24/7 24/15 24/22 26/19 26/20 26/21 26/23
above [1] 27/16
above-entitled [1] 27/16
abuse [1] 4/9
accurate [1] 27/15
act [2] 11/18 21/20
activity [1] 19/3
acts [1] 15/3
actual [1] 16/22
actually [4] 11/19 15/10 16/23 20/12
ad [1] 13/16
addicted [1] 22/25
addition [1] 24/6
additional [1] 26/8
administered [1] 2/10
Adult [1] 13/4
adults [1] 8/18
advantage [1] 23/9
advertisements [1] 13/23
afield [1] 22/6
afraid [2] 21/13 21/16
after [1] 20/6
afternoon [1] 2/8
again [5] 15/8 19/10 19/16 21/8 27/2
against [7] 2/24 4/20 7/17 8/9 8/17 8/25 9/13
age [1] 7/4
agencies [4] 7/11 7/15 7/25 8/2
Agency [1] 2/20
agent [13] 1/21 1/21 2/7 2/20 2/21 2/24 3/11 4/3 4/19 6/11 6/12 6/13 8/2
agents [1] 7/22
agreement [1] 15/1
ahead [1] 15/1
aided [1] 1/24
all [16] 2/4 2/12 4/23 5/7 9/4 12/3 15/17 17/4 18/11 19/3 19/3 19/4 19/8 20/2 20/7 26/14
also [11] 1/21 3/16 4/6 4/10 8/7 11/20 17/5 20/19 22/13 24/8 26/22
although [1] 19/10
am [4] 12/9 13/6 13/9 23/4
AMERICA [1] 1/3
analysis [1] 23/16
and/or [4] 6/13 7/15 13/19 16/22
Angela [3] 27/13 27/20 27/20
another [3] 11/20 18/24 26/23
answer [2] 20/19 21/1
any [5] 19/9 23/1 26/4 26/18 26/20
anymore [1] 13/21
anyone [1] 26/23
anything [2] 26/19 26/22
anywhere [1] 19/6
appreciate [2] 26/16 26/17
apprehension [1] 4/22
approach [2] 7/8 23/11
approached [1] 5/9
approximately [7] 6/5 6/17 6/23 7/2 9/6 17/17 19/22
are [31]
area [1] 3/6
aren't [1] 20/7
argument [1] 16/7
around [2] 7/3 19/5
arrange [1] 13/17
arrest [1] 4/22
as [27] 3/5 3/8 3/9 3/16 4/3 6/18 12/3 13/1 14/19 15/11 15/12 16/4 17/12 18/20 19/14 19/15 20/5 20/9 22/17 23/13 23/21 24/5 26/14 26/14 26/15 26/23 27/7
ask [6] 3/4 9/1 14/13 14/17 24/1 26/9
asked [3] 3/1 5/10 18/13
asking [3] 12/12 24/12 24/13
attention [2] 8/14 12/13
Attorney's [3] 1/12 5/25 9/22
AUSA [2] 1/12 1/13
authorities [2] 4/24 5/24
award [1] 10/1
awards [3] 9/16 9/19 9/20
away [2] 14/6 24/1

**B**

Bachelor's [1] 3/8
back [7] 21/13 23/23 23/24 26/5 26/24 27/3 27/6
Backpage [1] 12/24
Backpage.com [5] 12/8 12/13 12/23 13/8 13/15
bank [3] 4/20 5/7 5/8
bar [1] 19/9
based [4] 10/3 10/22 11/5 22/20
basically [1] 7/8
be [30]
beat [1] 19/5
beating [1] 18/20
because [8] 7/22 14/12 15/9 19/1 22/6 24/4 26/4 26/17
become [1] 3/10
been [3] 2/21 9/16 27/1
before [3] 1/9 3/4 27/16
began [1] 7/7
behind [2] 25/9 25/19
behind it [1] 25/9
being [6] 5/19 6/13 10/10 13/19 18/8 19/10
believe [2] 10/1 14/12
bench [2] 23/13 25/23
benefits [1] 11/11
between [2] 8/1 8/4
Biller [1] 1/21
bode [1] 18/22
bodies [1] 7/22
body [2] 14/14 14/15
Both [1] 15/10
Boulevard [1] 1/17
break [1] 25/25
breaking [1] 26/4
briefly [2] 3/7 9/18
broadcast [1] 26/20
business [2] 10/4 11/2
by-the-hour [1] 17/5

**C**

calculation [1] 7/3
call [10] 2/5 11/17 11/18 12/24 13/17 13/21 15/6 16/10 16/11 19/25
called [1] 14/17
calls [2] 2/7 13/21
can [13] 3/7 6/13 6/14 6/15 9/18 12/5 14/5 18/7 21/12 21/13 23/1 26/15 27/3
can't [3] 14/12 25/7 26/22
car [1] 22/12
care [2] 4/4 4/7
Carlos [1] 27/3
CARRIE [4] 1/8 2/7 2/14 2/18
cars [1] 18/25
case [27] 1/21 1/21 5/23 6/1 6/3 6/11 6/12 6/13 6/15 6/16 9/22 10/14 10/17 10/20 10/20 10/25 12/14 16/22 19/11 21/3 26/16 26/19 26/20 26/22 26/23 27/1 27/16
cases [10] 4/1 4/6 4/23 5/20 6/17 8/6 17/18 20/7 20/9 25/3
Cause [1] 1/4
certain [4] 18/4 18/5 18/8 23/16
CERTIFICATE [1] 27/12
Certified [1] 27/14
certify [1] 27/14
chance [1] 26/7
charge [1] 8/1
charges [2] 10/16 10/20
Chicago [10] 2/20 4/13 5/17 5/19 7/18 7/25 9/21 9/23 13/4 13/7
children [11] 2/25 4/6 4/7 4/9 4/20 7/18 8/9 8/18 8/18 8/25 9/13
choice [1] 6/13
choked [1] 19/5
clarify [1] 20/1
clarifying [1] 16/16
clear [1] 10/13
Cleveland [5] 4/17 4/18 5/6 5/15 5/20
client [5] 11/14 14/1 15/22 16/11 16/24

## C


clients [2] 17/8 19/6
clubs [1] 13/14
Coduti [1] 1/21
coffee [1] 26/11
collaborate [1] 8/3
collectively [1] 3/22
come [2] 3/1 26/24
comes [2] 16/11 18/5
coming [1] 8/5
Commission [1] 9/21
common [1] 15/3
commonly [1] 15/16
communication [1] 13/22
communications [2] 14/4 14/23
complete [1] 27/15
computer [1] 1/24
computer-aided [1] 1/24
concern [1] 21/6
conference [4] 9/11 9/14 23/13 25/23
CONNOR [2] 1/17 23/14
consideration [1] 5/1
context [1] 11/13
continue [2] 26/5 26/25
continuing [1] 11/5
control [2] 24/8 25/8
Cook [4] 8/11 9/11 9/22 9/23
Cook County [3] 8/11 9/11 9/22
Cooper [1] 25/3
coordinating [1] 8/1
coordinator [5] 5/7 5/8 5/10 7/18 7/21
copy [1] 4/25
CORNELL [2] 1/5 1/22
correction [2] 5/3 5/13
Corrections [1] 3/14
COSBY [2] 1/5 1/22
could [9] 8/5 13/24 15/24 15/24 20/12 21/6 21/15 21/18 27/6
Counsel [1] 2/4
County [5] 4/5 8/11 9/11 9/22 9/23
course [3] 26/7 26/22 26/24
court [5] 1/1 1/9 2/3 3/16 27/21
Court's [2] 5/1 25/6
courtroom [1] 27/5
covered [1] 8/4
cr [1] 1/4
crime [2] 4/19 9/21
crimes [7] 2/24 4/20 7/17 8/9 8/17 8/25 9/13
Criminal [2] 3/8 3/9
cross [1] 26/7
cross-examine [1] 26/7
customer [1] 18/14
CV [3] 4/25 5/3 7/17


## D


Dallas [1] 9/14
danger [1] 21/7
dangerously [1] 23/15
date [6] 11/19 11/24 13/22 14/2 22/15 27/20
daughter [1] 20/14
Davenport [2] 3/20 3/21
day [2] 26/5 26/17
days [1] 11/25
deconfliction [1] 7/14
Defendant [4] 1/6 1/17 1/22 10/16
defendants [1] 17/18
Defense [1] 26/7
Degree [2] 3/8 3/9
deliberations [1] 21/3
demand [2] 20/7 20/9
Department [2] 3/14 9/23
Department of [1] 3/14
depends [2] 16/21 16/25
describe [1] 22/23
described [2] 17/20 17/25
designated [1] 16/12
desires [1] 11/10
develop [1] 6/15
dick [1] 14/17
did [8] 3/22 4/18 4/25 5/2 5/19 5/21 6/8 10/13
didn't [1] 24/16
different [14] 4/14 7/11 7/12 8/8 9/1 9/4 13/13 14/5 17/2 17/18 18/18 24/14 25/3 25/5
direct [5] 2/15 8/14 12/13 25/25 26/6
directly [1] 3/17
discuss [1] 15/3
discussed [1] 14/22
disregard [1] 21/2
DISTRICT [9] 1/1 1/1 1/9 3/14 3/18 4/4 5/24 6/1 9/4
division [8] 1/2 2/20 7/18 7/23 7/25 8/21 8/23 8/24
do [21] 2/11 4/18 10/16 10/18 11/1 12/11 12/24 12/25 13/1 18/15 18/16 18/21 19/12 20/11 22/20 24/18 25/14 25/14 26/1 26/18 26/25
does [9] 6/12 11/23 11/25 12/3 17/8 23/5 23/9 24/18 24/25
doesn't [1] 22/11
doing [6] 8/5 15/11 20/6 23/22 23/22 24/19
don't [10] 16/17 19/25 22/14 23/21 24/11 24/12 25/21 26/18 26/19 26/21
donation [1] 14/24
done [5] 9/3 18/4 18/8 23/17 25/1
Dr [1] 25/3
draw [1] 23/20
drugs [1] 22/25
duly [1] 2/10
during [3] 4/8 5/6 21/3
duties [2] 5/8 5/11


## E


e-mail [1] 13/20
early [1] 14/22
easy [1] 17/3
educate [1] 9/1
educating [1] 8/7
education [1] 3/7
educational [1] 20/5
efforts [1] 8/1
either [2] 6/10 21/16
else [1] 14/22
employed [3] 2/19 3/12 3/13
end [5] 14/2 15/9 15/10 25/23 27/11
enforcement [5] 8/8 8/12 14/7 14/12 14/20
Entertainment [1] 13/4
entities [1] 8/8
entitled [1] 27/16
Escort [1] 13/7
Escorts [1] 13/3
essentially [3] 7/14 7/21 8/24
essentially is [1] 7/21
establish [1] 24/24
established [2] 24/17 24/23
euphemisms [1] 13/1
even [1] 14/11
event [1] 26/4
everybody [2] 8/6 26/15
exactly [5] 15/18 15/20 16/3 16/13 21/16
examination [3] 2/15 26/1 26/6
examine [1] 26/7
example [2] 18/20 18/24
excerpt [2] 1/7 27/15
exchange [2] 14/25 18/22
exchanged [2] 14/3 14/5
excuse [1] 1/24
exited [1] 27/5
expect [1] 26/1
expeditious [1] 26/14
experience [6] 6/3 10/3 10/23 14/4 22/16 22/20
expert [3] 3/1 3/4 3/6
expertise [3] 19/15 21/9 25/20
explain [5] 10/4 18/17 20/11 22/1 22/11
explained [2] 19/24 20/5
explaining [1] 15/21
exploitation [1] 9/25
expressed [3] 21/6 21/18 21/24


## F


facing [1] 10/16
facts [1] 10/25
factually [1] 25/14
fair [1] 10/22
familiar [4] 11/21 12/8 13/4 23/3
Fax [2] 1/15 1/19
FBI [11] 2/20 2/21 2/23 3/10 3/12 4/3 4/14 4/19 5/25 7/6 9/23
FBI's [1] 8/20
fear [1] 21/18
Federal [5] 1/13 3/16 4/24 5/24 6/4
feel [4] 20/13 23/23 23/25 24/20
female [10] 14/7 14/8 15/12 15/14 15/15 15/22 16/11 16/12 16/23 19/11
Fifty [1] 6/24
financially [1] 23/1
find [2] 12/24 13/10
finding [1] 12/1
fine [1] 24/11
finish [1] 26/2
first [6] 2/5 5/23 6/3 9/20 9/22 23/7
five [2] 25/25 26/2
focus [1] 17/6
Focusing [1] 13/15
follow [1] 27/3
following [1] 2/3
follows [1] 23/13
force [3] 4/21 8/12 18/21
foregoing [1] 27/14
form [2] 12/2 13/18
forward [1] 21/20
foster [2] 4/4 4/7
found [3] 19/6 19/7 19/9
foundation [6] 16/16 17/12 17/13 19/14 19/16 20/19
foundational [1] 16/17
frame [3] 7/20 12/14 12/14
frankly [1] 25/20
front [1] 5/9
fugitives [1] 4/21
full [1] 2/17
further [1] 27/8


## G


general [1] 17/3
generalizations [1] 18/8
generally [14] 10/23 11/9 13/16 13/18 14/24 15/1 15/25 18/4 18/14 19/12 21/23 22/15 22/23 23/8
Genesee [1] 4/5
get [8] 3/4 11/19 21/14 21/19 24/9 25/7 26/14 26/21
getting [5] 19/5 23/15 24/12 24/21 25/1
girl [4] 18/21 19/2 20/13 20/13
girls [3] 10/8 19/5 22/21
give [2] 8/25 9/7
given [1] 9/16

**G**

giving [2] 24/5 26/15
go [8] 12/1 12/10 12/23 15/22 15/23 20/6 21/20 26/18
going [21] 6/14 8/4 8/6 12/2 12/12 15/15 16/4 17/12 18/22 19/14 20/16 20/23 21/2 21/8 21/16 21/25 22/3 23/10 23/19 24/1 26/9
Good [1] 2/8
got [1] 5/11
government [5] 1/12 2/4 2/6 7/12 8/9
GOVERNMENT'S [1] 2/14
group [1] 8/12
guess [1] 15/11

**H**

had [9] 2/1 2/3 5/6 5/7 5/9 7/11 22/17 23/13 27/8
half [1] 5/16
halfway [1] 3/15
HAMMOND [5] 1/2 1/8 1/14 13/24 27/17
hand [1] 2/9
happening [1] 20/3
happens [2] 19/4 19/4
has [2] 19/17 27/1
have [46]
having [2] 22/15 22/24
he [2] 5/9 5/9
he's [2] 17/8 18/14
heading [1] 24/1
headquarters [2] 8/2 8/3
heard [1] 21/1
helping [1] 7/15
her [2] 20/18 21/10
here [11] 3/1 10/22 13/24 19/5 22/9 23/20 24/10 25/25 26/9 26/13 27/6
Hey [1] 6/14
hidden [1] 15/8
hide [1] 17/3
high [1] 3/17
Highland [1] 1/18
highway [1] 19/8
hiring [1] 12/1
his [1] 15/11
hold [1] 3/22
home [5] 4/6 20/3 22/25 26/18 26/23
Honor [5] 2/6 11/4 20/16 21/8 23/10
HONORABLE [2] 1/9 27/17
hopefully [1] 26/11
hotel [6] 16/22 16/23 16/24 16/25 17/1 19/4
hotels [6] 8/8 15/25 16/20 17/4 18/25 19/8
hour [1] 17/5
hours [2] 8/17 8/19
house [2] 3/15 15/24
how [25] 2/21 3/22 4/1 5/15 6/5 6/17 6/23 7/2 7/4 8/16 9/6 10/10 11/25 12/3 16/20 17/14 19/16 19/17 19/22 20/13 22/23 23/9 24/18 24/25 25/25
However [1] 4/3
Human [2] 8/11 9/11
hundred [1] 7/5
Hundreds [2] 7/3 19/23
hurt [2] 19/5 21/19

**I**

I'd [1] 3/4
I'll [1] 26/3
I'm [33]
I've [2] 9/3 22/17
idea [2] 19/2 19/10
illegal [2] 12/16 12/21
Illinois [3] 9/22 12/17 19/8
immediate [1] 21/21
impact [1] 24/8
in-call [2] 16/10 16/11
inbox [1] 13/19
inclined [1] 21/20
included [1] 9/10
including [1] 4/6
INDIANA [8] 1/1 1/8 1/14 1/18 9/4 12/16 13/25 27/17
Indianapolis [1] 1/17
indicated [4] 17/17 20/17 21/10 24/6
individual [2] 11/9 12/3
individuals [3] 3/18 4/23 11/10
industry [1] 24/25
information [3] 7/11 14/3 26/21
initial [1] 14/3
Initiative [2] 7/6 7/7
Innocence [2] 7/6 7/7
instruct [2] 20/25 21/2
interaction [1] 22/13
interested [1] 11/25
interesting [1] 19/1
internet [2] 13/25 26/21
interview [1] 10/19
interviewed [8] 6/20 6/25 10/19 17/17 17/22 19/17 19/20 20/2
interviewing [1] 20/10
interviews [1] 20/18
investigated [1] 4/8
investigation [3] 3/24 9/24 10/14
investigations [4] 6/5 6/8 6/10 6/21
investigator [1] 6/18
involved [10] 4/9 6/1 6/16 9/25 17/6 17/9 18/14 19/13 22/14 24/6
Iowa [1] 3/20
is [55]
isn't [2] 17/4 22/1
issue [1] 7/9
it [32]
it's [11] 16/17 17/2 17/2 17/4 20/2 20/3 20/3 22/17 25/1 25/25 26/17

**J**

JEM [1] 1/4
JILL [1] 1/13
jill.koster [1] 1/16
job [1] 8/7
john [6] 11/13 11/25 13/15 15/11 18/14 22/13
johns [13] 13/10 17/8 19/6 19/12 19/15 19/17 19/20 19/20 20/2 20/18 21/6 21/10 21/18
joining [2] 3/12 4/13
Judge [1] 24/3
Judicial [3] 3/14 3/18 4/4
jury [6] 1/7 7/20 10/4 20/25 27/4 27/5
just [11] 5/11 11/4 15/15 16/24 18/4 20/7 20/25 21/15 23/20 24/1 24/3
Justice [2] 3/8 3/9
juvenile [1] 3/16

**K**

K-Mart [1] 19/7
Kcconnor [1] 1/20
keep [1] 26/25
KERRY [1] 1/17
kind [5] 8/6 14/10 23/20 23/25 25/5
knew [1] 8/6
know [8] 10/16 14/12 17/8 17/14 18/14 19/17 25/14 26/13
knowledge [1] 10/25
KOSTER [2] 1/13 25/24

**L**

LANDAU [4] 1/8 2/7 2/14 2/18
Lansing [1] 19/7
large [1] 7/23
last [2] 7/3 21/1
lastly [1] 3/13
later [1] 20/5
law [5] 8/7 8/12 14/7 14/12 14/19
laying [1] 16/16
lead [3] 6/18 16/8 16/18
leading [2] 16/4 16/14
leads [2] 6/15 7/11
least [2] 7/5 19/1
leave [1] 26/24
legal [1] 12/16
less [1] 21/19
Let [2] 20/15 20/25
let's [5] 11/2 14/8 16/6 16/8 17/6
level [1] 6/4
liaison [1] 3/17
lie [2] 20/18 21/10
lies [1] 20/3
like [9] 3/4 5/3 6/3 16/1 17/5 23/23 23/25 24/19 24/20
line [3] 21/9 23/17 23/20
lines [1] 13/12
listed [1] 5/6
listen [1] 26/20
little [1] 22/6
local [2] 8/7 19/9
location [3] 4/14 15/6 16/12
logistics [1] 24/6
long [6] 2/21 3/22 4/1 5/15 23/20 26/17
look [3] 8/10 19/24 19/25
looking [6] 12/10 20/7 20/8 20/9 24/3 26/21
Lost [2] 7/6 7/7
lot [4] 9/7 15/25 17/2 19/21
lots [3] 7/11 18/18 26/16

**M**

Ma'am [2] 2/8 27/6
made [4] 2/2 7/8 18/2 27/9
mail [1] 13/20
make [7] 5/3 5/10 11/5 14/6 15/9 18/7 21/2
male [2] 14/8 14/15
man [1] 11/15
manage [1] 8/5
manipulates [1] 11/10
many [9] 6/5 6/17 6/23 7/2 7/4 8/16 9/6 19/16 19/22
Mark [1] 1/21
Mart [1] 19/7
Massages [1] 13/3
Master's [1] 3/9
may [10] 2/5 2/12 14/8 14/13 22/16 22/25 22/25 23/10 24/21 25/20
maybe [2] 12/4 24/16
me [6] 5/10 11/4 15/14 19/1 20/15 20/25
mean [5] 6/12 11/23 17/3 23/5 26/2
means [1] 23/6
medical [1] 25/4
Men [1] 13/3
mentioned [1] 8/16
Merit [1] 27/13
messages [2] 13/19 13/19
methods [5] 10/7 17/20 17/25 24/8 25/7
Michigan [1] 4/5
might [5] 14/7 15/23 16/1 17/14 19/17
mind [1] 26/25
minors [2] 7/4 10/1
minutes [2] 25/25 26/2
missions [1] 4/22
misunderstood [1] 20/24
money [2] 14/25 18/22
more [7] 9/8 9/9 12/4 13/18 13/18 17/13

## M


more... [1] 19/16
morning [2] 26/24 27/3
most [3] 8/10 15/19 20/2
motion [2] 16/5 20/21
motivating [1] 24/14
motivation [3] 25/1 25/9 25/19
move [1] 20/16
Ms. [2] 23/14 25/24
Ms. Connor [1] 23/14
Ms. Koster [1] 25/24
much [2] 13/21 25/25
multiple [5] 3/13 7/14 7/24 9/3 9/24
my [10] 4/2 5/6 5/8 6/3 8/7 11/5 20/24 22/12 24/3 24/4


## N


name [1] 2/17
national [1] 9/13
near [1] 19/6
necessarily [2] 17/4 24/22
need [2] 17/13 24/23
needed [1] 7/13
neglect [1] 4/9
new [1] 5/11
newspapers [1] 26/20
next [2] 19/8 24/18
no [9] 1/4 10/15 10/21 10/25 12/25 17/10 18/16 20/21 21/2
non [2] 7/12 8/9
non-government [2] 7/12 8/9
NORTHERN [4] 1/1 5/23 5/25 9/4
not [30]
noted [2] 5/13 11/6
notes [2] 24/4 24/5
now [7] 4/25 8/14 12/12 13/24 19/24 24/15 26/4
number [2] 9/7 13/23


## O


oath [2] 2/9 2/10
object [9] 12/2 16/4 17/12 19/14 20/16 21/8 21/25 23/10 23/17
objection [5] 11/5 11/5 12/18 16/14 20/21
occur [5] 15/7 15/23 15/24 15/24 16/25
October [1] 27/20
off [1] 19/8
offenders [1] 3/16
office [7] 1/12 5/10 5/25 7/25 8/2 8/3 9/23
officer [2] 3/15 14/20
officers [1] 8/8
often [1] 16/25
oftentimes [4] 15/8 16/21 18/24 20/1
Oh [1] 9/7
Ohio [3] 4/17 5/24 6/1
okay [14] 5/13 10/3 12/15 15/21 17/15 22/3 24/2 25/6 25/11 25/13 25/16 25/18 25/22 27/6
old [3] 6/2 20/12 20/13
one [7] 4/21 9/18 9/20 12/1 18/7 25/17 26/23
only [1] 9/3
open [2] 2/3 26/25
operating [1] 26/13
operation [1] 20/11
opportunity [1] 26/15
or that [1] 25/21
order [2] 16/1 16/1
ordered [1] 27/15
ordering [1] 14/9
organizations [2] 7/12 8/9
other [9] 6/2 8/2 13/10 13/12 14/1 14/22 15/10 22/15 25/3
our [2] 4/22 22/9
out [9] 7/10 13/10 14/1 15/22 15/23 20/8 22/15 23/3 23/5
outcall [3] 15/13 15/14 15/21
outside [2] 18/25 26/19
over [2] 8/19 19/7
overrule [1] 22/3
Overruled [2] 12/19 21/11
oversaw [1] 4/5
own [2] 11/10 15/11


## P


p.m [1] 27/5
papers [1] 24/4
pardon [1] 15/14
parking [1] 15/24
part [6] 2/2 8/7 13/7 14/14 14/15 27/9
participate [2] 3/24 10/13
participated [4] 6/6 6/10 8/11 8/20
participating [2] 18/19 19/2
particular [4] 6/1 10/14 18/19 22/21
particularly [1] 8/10
parties [1] 15/3
partner [2] 22/18 22/19
party [1] 13/12
pastries [1] 26/11
patience [2] 26/16 27/2
paying [1] 20/12
pays [2] 11/15 11/15
pediatrician [1] 25/4
penis [1] 14/15
people [5] 12/10 12/23 17/3 22/25 23/21
period [1] 4/8
permission [2] 5/10 8/25
person [11] 6/16 11/15 11/19 11/25 13/15 14/1 15/9 15/16 18/13 18/19 22/14
Phil [1] 1/21
PHILIP [2] 1/9 27/17
Phipps [3] 27/13 27/20 27/20
phone [6] 1/14 1/19 13/21 13/21 13/23 14/2
photo [1] 14/9
photograph [4] 14/10 14/11 14/11 14/13
phrase [1] 24/16
pic [1] 14/17
pick [1] 26/5
piece [1] 20/6
pimp [15] 11/3 11/9 17/6 17/8 18/13 18/20 19/13 21/7 21/19 21/20 22/1 22/11 22/18 23/9 24/18
pimp's [2] 17/6 18/7
pimps [7] 10/7 17/25 18/2 18/25 22/20 24/8 24/13
pizza [1] 16/2
place [6] 7/14 7/22 7/22 12/10 12/23 20/4
placed [2] 4/9 4/19
places [2] 3/13 17/5
placing [1] 4/6
planning [1] 18/13
play [1] 6/9
plays [1] 10/5
Plaza [1] 1/13
please [5] 2/8 2/17 5/5 16/17 26/12
point [3] 20/17 22/9 23/22
Police [2] 9/23 9/24
position [3] 6/15 7/21 23/6
positions [1] 3/22
possible [1] 15/4
PPS [1] 1/4
practice [1] 24/24
prefer [2] 19/12 19/12
present [2] 1/21 26/16
presentations [2] 9/10 9/10
previous [1] 11/5
prey [1] 23/2
primarily [1] 7/24
primary [2] 4/22 6/16
prior [6] 3/12 4/2 4/3 4/13 5/9 5/19
probation [1] 3/19
problem [1] 7/9
proceed [4] 2/12 16/8 16/18 26/8
proceedings [5] 1/24 2/1 2/3 27/8 27/15
produced [1] 1/24
program [1] 8/16
prompt [1] 26/12
promptly [2] 26/10 26/12
proof [1] 14/19
prosecuted [1] 5/24
prostitute [4] 10/7 12/1 17/7 23/6
prostituted [1] 10/11
prostitutes [6] 12/10 12/24 13/11 15/17 15/19 16/1
prostitution [12] 11/13 11/15 11/18 12/16 12/24 13/2 16/20 19/13 19/20 19/25 24/7 24/9
protective [1] 4/4
provide [3] 3/1 4/25 9/2
provided [2] 7/12 18/23
provider [1] 25/4
providing [5] 14/25 15/16 16/23 18/19 19/9
provocative [1] 14/11
proximity [1] 21/21
psychological [2] 23/16 23/22
psychology [1] 25/2
public [2] 9/1 17/3
pull [1] 13/24
purpose [2] 7/8 13/13
purposes [1] 7/14
put [4] 6/15 7/14 9/1 23/6


## Q


qualified [2] 23/21 24/22
qualifies [1] 3/5
Quantico [2] 3/10 8/16
quarter [2] 26/10 26/12
question [10] 12/3 12/6 20/20 20/24 21/4 21/12 21/15 22/12 24/17 24/23
questioning [3] 20/19 21/9 23/18
questions [2] 3/5 12/12
quite [1] 25/20


## R


RA [2] 4/13 5/15
raise [1] 2/8
reaches [1] 14/1
reactions [1] 10/10
read [3] 10/19 21/13 26/19
reading [1] 26/19
realize [1] 20/12
realized [1] 7/13
realizing [1] 7/8
really [1] 24/12
Realtime [1] 27/14
reasonable [1] 26/15
reasons [3] 17/1 17/2 18/18
received [6] 3/9 4/23 8/15 8/17 9/20 10/1
recess [1] 26/4
record [3] 2/2 21/2 27/9
recover [1] 20/8
reference [1] 21/3
referred [1] 11/20
referring [1] 15/15
Registered [1] 27/13
reiterate [1] 26/18
relating [1] 10/20
relevance [2] 12/18 21/25
relevant [1] 12/14
removing [1] 4/6
rent [3] 16/21 16/23 16/24

**R**

rentals [1] 16/25
repeat [1] 21/12
rephrase [4] 12/5 12/6 21/4 21/15
reported [4] 1/24 2/1 3/17 27/8
REPORTER [4] 27/12 27/13 27/14 27/21
reports [2] 10/19 26/20
request [3] 14/7 14/8 14/9
REQUESTED [1] 27/11
resident [3] 2/20 7/24 8/1
residential [1] 3/15
response [1] 20/19
responses [1] 10/10
responsible [1] 7/24
responsive [1] 20/20
resume [1] 4/25
reversals [1] 20/6
right [8] 2/4 2/9 2/12 13/24 13/24 18/11 21/14 22/8
robberies [1] 4/20
robbery [2] 5/7 5/8
ROCHELLE [1] 1/13
role [5] 6/8 6/8 10/5 17/6 18/7
RONNIE [2] 1/5 1/22
room [9] 16/22 16/24 16/24 19/4 21/7 21/19 22/2 22/12 27/4
rooms [2] 16/25 17/1
rough [1] 9/7
ruling [2] 24/5 25/7
run [1] 9/22
running [1] 22/6

**S**

S/Angela [2] 27/20 27/20
Safe [1] 4/21
said [5] 3/20 5/9 12/23 17/22 23/8
same [3] 7/15 7/16 13/13
say [8] 4/11 6/7 9/9 10/22 14/8 15/10 15/23 25/3
saying [3] 18/21 24/20 25/7
sbcglobal.net [1] 1/20
schedule [1] 26/13
school [1] 3/17
secret [1] 22/17
Section [1] 13/5
security [2] 19/3 19/10
see [6] 7/17 9/16 15/16 18/24 22/17 27/3
seeing [1] 13/18
seek [1] 13/10
Seeking [1] 13/3
sees [1] 13/15
sell [1] 19/1
send [2] 14/13 14/13
sent [3] 14/9 14/14 14/19
September [2] 1/8 27/17
served [1] 6/18
service [5] 14/9 15/16 16/23 18/20 18/23
services [1] 4/5
set [1] 13/22
sets [1] 14/2
Seven [1] 3/23
Seventh [3] 3/14 3/18 4/4
several [1] 13/24
sex [23] 3/2 3/24 4/1 5/19 5/23 6/5 6/17 6/20 6/25 7/9 8/10 8/18 9/6 9/18 10/4 11/2 14/25 15/3 17/18 17/23 18/5 20/12 21/20
she [11] 8/3 17/14 19/17 19/17 20/17 20/24 21/10 23/21 24/7 24/17 25/20
she's [2] 21/10 21/16
Sheriff's [1] 9/23
shuffling [1] 24/4
significant [1] 22/15
SIMON [2] 1/9 27/17
Since [1] 8/20
situation [1] 19/25
situations [1] 4/10
six [1] 7/18
so [37]
So you [1] 12/23
sold [1] 19/11
solely [1] 10/23
some [7] 3/5 6/2 9/16 12/12 13/21 17/13 26/11
someone [3] 22/16 23/5 23/6
something [2] 12/3 19/4
sometimes [6] 9/2 13/3 13/14 14/17 16/22 16/24
Sorry [2] 15/21 23/24
sort [8] 13/16 14/3 14/19 16/1 21/23 24/6 25/24 26/22
South [2] 2/20 4/13
speaking [10] 5/8 10/23 11/9 13/16 18/4 18/15 19/12 20/10 21/23 23/8
special [3] 2/7 2/24 3/11
specialized [1] 4/20
specializes [1] 2/24
specific [3] 8/17 12/4 14/11
specifically [1] 3/13
squad [1] 4/19
start [3] 25/1 26/10 26/12
starts [2] 25/2 25/19
state [3] 2/17 3/16 4/24
statements [2] 18/2 20/1
states [7] 1/1 1/3 1/9 1/12 9/4 9/5 9/22
stay [3] 17/3 22/12 24/1
staying [1] 14/6
stenotype [1] 1/24
step [1] 24/18
stepping [1] 22/15
steps [1] 13/16
still [2] 5/11 20/18
sting [1] 20/11
stop [2] 20/9 20/15
straying [2] 25/2 25/20
Streets [1] 4/21
strike [4] 16/5 20/17 20/22 20/23
striking [1] 21/1
strip [1] 13/14
struggling [1] 23/1
subject [1] 3/2
subjects [1] 9/24
submitted [1] 27/1
Subsection [1] 13/7
subsequent [1] 20/11
subsets [1] 7/25
sufficient [1] 18/10
Suite [2] 1/13 1/18
summarize [2] 3/7 9/18
supervisor [2] 5/9 6/14
sure [6] 9/20 10/2 14/6 15/9 19/18 23/12
surveillance [1] 15/11
suspects [1] 6/20
sustain [1] 23/19
Sustained [1] 16/15
SWORN [1] 2/14
system [1] 7/13

**T**

take [2] 2/9 23/9
taken [1] 13/16
taking [1] 24/5
talk [2] 11/2 26/22
talked [2] 21/10 22/12
talking [1] 24/15
target [2] 22/20 24/19
targeted [1] 24/25
targets [3] 9/25 11/9 17/18
task [2] 4/21 8/12
technology [1] 10/5
tell [5] 5/5 5/22 6/14 7/20 26/3
tendency [1] 14/6
term [5] 11/20 11/21 14/24 15/15 23/3
terms [3] 13/1 21/9 23/16
testify [4] 3/5 23/21 24/7 24/22
testimony [5] 1/8 3/2 3/4 4/2 10/22
text [1] 13/19
than [2] 9/8 9/9
thank [5] 2/6 2/13 5/14 11/7 27/2
that [86]
that's [22] 9/7 11/6 12/14 14/8 14/24 14/24 15/16 18/22 19/10 19/10 22/16 22/19 23/25 24/4 24/9 24/11 24/11 24/12 24/20 24/21 25/17 26/13
their [4] 11/10 17/20 22/16 26/16
them [8] 7/12 19/7 19/9 20/5 20/10 20/10 20/11 24/14
then [7] 3/16 4/11 5/17 13/16 14/1 24/16 26/6
there [21] 3/17 4/19 5/6 5/25 7/8 7/9 7/10 7/13 13/10 13/12 14/5 14/6 17/1 18/20 19/1 19/3 19/8 20/15 22/18 22/19 23/16
there's [9] 13/12 13/12 13/23 14/25 17/5 18/18 19/13 21/7 21/19
thereafter [1] 15/2
these [6] 11/25 20/7 20/9 23/21 25/3 25/15
they [37]
they're [10] 14/6 15/9 19/1 19/3 19/6 19/9 20/4 20/4 22/14 23/22
thing [2] 13/20 25/17
things [8] 14/5 14/22 17/5 18/4 18/7 21/23 23/17 24/21
think [14] 17/2 17/2 20/24 22/7 23/21 24/11 24/12 24/23 25/2 25/6 25/19 25/21 26/3 26/4
think that's [1] 24/12
thinking [3] 4/2 24/13 25/12
third [1] 22/14
Thirty [1] 6/19
this [26] 2/2 4/2 6/14 10/14 10/16 10/20 10/20 10/25 12/14 17/14 18/21 19/2 19/17 20/13 20/17 21/9 22/4 22/6 23/25 24/21 24/24 24/24 25/2 25/4 26/6 27/9
those [12] 3/22 4/7 4/9 6/8 6/10 7/4 9/10 9/19 13/23 14/3 14/22 20/1
three [2] 4/8 5/16
Three-and-a-half [1] 5/16
three-year [1] 4/8
through [4] 8/24 9/21 24/4 26/14
throughout [1] 9/3
tight [1] 26/13
time [14] 4/8 5/6 5/11 7/20 7/21 12/14 12/14 12/16 15/1 17/4 19/5 20/2 23/7 25/25
tips [1] 8/4
title [2] 2/23 5/12
today [6] 3/1 10/22 24/5 26/17 26/24 27/2
tomorrow [5] 26/5 26/9 26/24 27/3 27/7
too [1] 5/11
total [1] 4/11
touch [1] 11/19
trafficker [3] 7/15 16/21 22/18
traffickers [2] 9/25 20/8
trafficking [22] 3/2 3/24 4/1 4/10 5/20 5/23 6/5 6/17 6/20 6/25 7/9 8/10 8/11 8/18 9/6 9/11 9/18 10/4 11/2 17/18 17/23 18/5
trained [1] 25/4
training [10] 3/10 8/14 8/17 8/20 8/23 8/24 9/2 10/3 10/23 22/20
trainings [3] 9/1 9/3 9/6
transcribed [1] 27/16

**T**

Transcript [2] 1/24 27/11
transcription [1] 1/24
transferred [2] 5/17 5/19
transpire [1] 15/1
trial [2] 1/7 26/14
trick [4] 11/21 11/24 13/17 15/6
tricks [1] 11/10
trouble [1] 22/24
true [2] 20/2 27/15
try [3] 14/6 26/10 26/11
trying [6] 15/9 22/1 22/5 22/11 23/20 24/9
turn [1] 23/5
turning [1] 23/3
two [4] 7/22 7/22 9/19 15/3
type [6] 13/20 13/22 14/13 19/2 19/10 23/1
types [6] 4/10 4/23 13/1 14/5 20/7 22/21
typically [3] 14/15 18/8 23/8

**U**

U.S [1] 5/25
under [1] 7/4
understand [2] 25/6 25/22
unit [1] 8/25
UNITED [5] 1/1 1/3 1/9 1/12 9/5
until [2] 15/8 26/25
up [5] 13/22 13/24 14/2 22/4 26/5
us [4] 3/7 5/5 5/22 8/4
usdoj.gov [2] 1/15 1/16
use [2] 13/1 15/15
used [7] 10/7 13/19 14/24 16/20 17/25 24/8 25/7
usually [1] 20/18
utilized [1] 13/13

**V**

very [3] 14/11 15/9 24/17
victim [2] 6/2 16/22
victims [15] 6/2 6/25 7/16 10/20 17/22 20/8 22/24 22/24 22/25 23/8 24/9 24/17 24/19 25/8 25/15
victims' [1] 10/10
view [1] 23/23
violent [2] 4/19 8/24
Virginia [1] 3/10
VOLUME [1] 1/8
voluntold [1] 6/13
vulnerability [1] 23/1
vulnerable [4] 22/24 23/9 24/18 24/19

**W**

waiting [1] 18/25
want [10] 8/14 10/13 11/4 12/13 17/8 18/15 22/3 22/14 26/14 26/18
wants [1] 18/13
warrants [1] 4/23
was [48]
way [5] 8/5 18/5 18/8 18/21 26/15
ways [2] 13/10 13/12
we [20] 3/4 4/20 4/21 4/23 7/13 7/24 8/5 9/20 13/23 15/16 17/13 18/24 19/7 19/9 20/6 20/7 20/11 23/10 26/5 26/15
we'll [7] 26/4 26/5 26/8 26/10 26/10 26/11 27/2
we're [8] 13/18 20/8 20/10 23/15 23/15 25/24 26/4 26/13
we've [1] 20/5
websites [1] 13/13
week [1] 8/16
weeks [1] 3/10
well [8] 3/9 15/12 18/22 20/9 24/16 24/17 26/14 27/7
were [22] 2/1 2/3 3/1 3/12 3/18 4/9 4/13 4/21 5/15 5/17 7/4 7/4 7/17 8/4 8/4 15/21 24/5 24/12 24/13 24/13 24/13 27/8
weren't [1] 7/15
what [53]
what's [2] 14/17 20/3
when [18] 13/15 13/15 15/14 15/15 15/22 15/23 16/11 17/6 18/5 19/3 19/12 20/2 20/5 20/6 20/10 20/17 24/25 26/5
where [10] 2/19 3/12 3/15 4/5 4/16 4/23 12/10 15/6 15/23 23/25
WHEREUPON [2] 2/1 27/8
Wherever [1] 16/12
whether [1] 18/13
which [5] 7/25 18/25 19/4 20/6 24/14
while [1] 25/24
who [13] 2/24 3/18 4/9 8/5 11/9 11/15 11/15 15/10 22/24 22/25 22/25 24/25 25/4
who's [4] 11/25 16/23 18/13 19/2
why [13] 17/1 17/11 18/4 20/3 21/23 22/1 22/11 23/16 23/21 24/4 24/18 24/22 25/1
wife [1] 22/16
will [10] 15/1 15/6 15/11 15/22 16/21 16/23 16/24 18/19 23/2 26/7
willing [2] 22/18 22/19
wiretap [1] 9/24
within [2] 3/17 4/14
witness [11] 2/5 2/14 16/8 16/18 20/17 21/10 24/21 24/24 25/3 25/5 26/6
witnesses [1] 26/8
women [5] 10/7 13/3 15/17 15/19 22/21
won't [2] 21/13 26/2
work [3] 5/19 9/18 24/25
worked [2] 4/1 5/23
worker [1] 4/5
working [4] 4/3 6/3 7/15 8/12
would [14] 4/11 5/3 5/4 6/7 8/3 9/9 11/18 12/23 18/24 20/13 21/19 22/23 23/17 24/7
wrap [1] 22/4

**Y**

Yeah [5] 16/6 17/13 20/23 23/19 26/3
year [4] 4/8 6/2 20/12 20/13
years [6] 2/22 3/23 4/3 4/11 5/16 7/18
Yes [38]
you [104]
you were [1] 24/13
you're [3] 23/20 23/23 24/15
you've [4] 8/15 9/16 17/17 24/23
your [28]

**Z**

ZANZI [1] 1/12