**CURRICULUM VITAE**



*Carrie J Landau*
Special Agent, Federal Bureau of Investigation
Chicago Division, South Resident Agency
15321 South 94th Avenue, Orland Park, Illinois 60462
(708) 349-0004 (desk)
(312) 907-9976 (cell)

PROFESSIONAL EXPERIENCE

Federal Bureau of Investigation (FBI) Special Agent (August 2003 - Present)

October 2014 – Present (Chicago, IL): Member, Child Abduction Rapid Deployment Team
- Provide immediate response to agencies investigating the disappearance of children
- Coordinate between the FBI Behavioral Analysis Unit at Quantico, Virginia and Federal, state and local law enforcement agencies requesting services including: crime analysis; investigative suggestions; profiles of unknown offenders; threat analysis; interview strategies; prosecution and trial strategy; and expert testimony

January 2011 – Present (Chicago, IL): Assistant Team Leader, Crisis Negotiation Team
- Coordinate federal resources in operations where negotiators are needed to de-escalate violent situations or resolve a barricade or kidnapping
- Teach local law enforcement officers during 40-hour basic negotiation class

January 2009 – March, 2015 (Chicago, IL): Crimes Against Children Coordinator, Chicago Division
- Acted as liaison between federal and local agencies and coordinated efforts for prosecution
- Helped develop and implement the Cook County Human Trafficking Task Force Law Enforcement Working Group
- Spearheaded Operation Cross Country, resulting in the arrest of traffickers and recovery of victims

January 2007 – Present (Orland Park, IL): Safe Streets Task Force, Violent Crime Squad
- Crimes against children investigator, focusing on domestic minor sex trafficking
- Investigate other crimes of violence to include Hobbs Act robberies, bank robberies, kidnappings, fugitive escapes, extortions, and threat offenses
- Assist local, state, and federal law enforcement agencies in investigation of sex trafficking and child abductions
- Train law enforcement officers, social workers, non-government agencies, and attorneys on sex trafficking issues

December 2003 – January 2007 (Cleveland, OH): Safe Streets Violent Crimes Task Force
- Investigated domestic minor sex trafficking
- Assisted in the district's first federal sex trafficking prosecution

EDUCATION

St. Ambrose University, Davenport, Iowa
1996 – Bachelor of Science in Criminology

St. Ambrose University, Davenport, Iowa
2003 – Masters in Criminology

PROFESSIONAL TRAINING

*To date, have received over 300 total hours of training and instruction in the investigation of Crimes Against Children and sex trafficking of minors, including:*

- Child Abduction Rapid Deployment Training – FBI, New Orleans, LA (2017, 1 week)
- Child Abduction Rapid Deployment Training – FBI, Chicago, IL (2016, 1 week)
- Cook County Human Trafficking Conference (2016 and 2014, 40 hours each)

- Child Abduction Rapid Deployment Training – FBI, Boston, MA (2015, 1 week)
- Dallas Crimes Against Children Conference (2010, 2011, 2012, 2014 and 2015, 40 hours each)
- Innocence Lost, Basic Online Covert Investigation Training (2014)
- Forensic Interviewing of Children and Adolescent Victims (2013)
- Protecting Victims of Child Prostitution-FBI, National Center for Missing and Exploited Children (2008 and 2011, 40 hours each)
- Las Vegas Metropolitan Police: Investigating Child Sex Trafficking (2009, 24 hours)
- Innocence Lost: Investigation and Prosecution of Sex Trafficking of Children, US Department of Justice (2008, 40 hours)

PROFESSIONAL INSTRUCTION GIVEN

*As a Special Agent Trainer since 2011, provide training and education to law enforcement officers, social service agencies, health care workers, parents, and school staff on behalf of the FBI in the area of Violent Crimes Against Children with a special focus on sex trafficking, including the language used by pimps/traffickers, methods used to recruit and manipulate prostitutes, and the prostitute/pimp sub-culture, among other areas*

- 2017 – Department of Justice National Center, Columbia, SC
- 2017 – Crimes Against Children Conference – Dallas, TX
- 2017 – Cook County Human Trafficking Conference – Chicago, IL
- 2017 – Police Mega Meeting – South Suburban Chicago, IL
- 2016 – Freedom Haus – The Landing, Child Sex Trafficking
- 2016 – Chief's Meeting – South Suburban Chicago, IL
- 2016 – Chief's Meeting – LaSalle County, IL
- 2016 – Cook County Human Trafficking Conference – Chicago, IL
- 2016 – Northeast Multi-Regional Training – Chicago, IL
- 2015 – Crimes Against Children's Conference – Dallas, TX
- 2015 – Northwestern University School of Law – Chicago, IL
- 2015 – Iowa Association of Women Police, Davenport, IA
- 2015 – Reclaim 13, First Responder Training
- 2015 – Multi-State Conference, Excellence in Victim Services – Dubuque, IA
- 2015 – National Center for Missing and Exploited Children - Alexandria, VA
- 2015 – Illinois School Health Conference, ISHA – Lisle, IL
- 2015 – Northeast Multi-Regional Training for Juvenile Officers – Chicago, IL
- 2015 – Department of Justice National Advocacy Center – Columbia, SC
- 2014 – Cook County Human Trafficking Conference – Chicago, IL
- 2014 – Violent Crimes Against Children FBI Coordinators Conference – Boston, MA
- 2014 – Illinois Probation and Court Services Association Conference – Davenport, IA
- 2014 – Salvation Army Domestic Minor Sex Trafficking Class – DuPage County, IL
- 2014 – Northeast Multi-Regional Training for Juvenile Officers – Chicago, IL
- 2013 – Purdue University – Valparaiso, IN
- 2013 – Salvation Army Domestic Minor Sex Trafficking Class – Hebron, IN
- 2012 – Crimes Against Children's Conference – Dallas, TX
- 2012 – Salvation Army Promise Human Trafficking Training – Chicago, IL
- 2012 – South Suburban School District Presentation – Homewood, IL
- 2012 – Yale University Panel "Trade of Innocents" movie premier
- 2011 – South Suburban Juvenile Association – Orland Park, IL
- 2011 – Mid-Western Regional Anti-Trafficking Task Force Training Forum – Chicago, IL
- 2011 – Bureau of Justice Affairs Training – Chicago, IL

EXPERT TESTIMONY

- September 6, 7, 12, 2017 United States of America vs. Ronnie Cosby, Northern District of Indiana

COMMENDATIONS & ACHIEVEMENTS

- *United States Department of Justice Award for Public Service, US v. Dajuan Key*
- *Illinois Crime Stoppers Award, Operation Lockdown the Locketts (2016)*
- *South Suburban Juvenile Association Vice President Award (2016)*
- *FBI Society of Former Special Agents of the FBI Award, Operation Good Samaritan (2015)*
- *Chicago Crime Commission, Little Girl Lost Award (2012)*
- *Northern District of Indiana United States Attorney's Office Award, US v. Cephus (2010)*
- *Honorable Mention, National Center for Missing and Exploited Children Hero Award (2009)*