UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

UNITED STATES OF AMERICA
          Plaintiff,

v.                                         Case No.: 1:17−cr−00082
                                            Honorable Edmond E. Chang

Allen Young
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 9, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant filed an under−seal, ex parte motion on the Rule 412 issue. R. 102. On review of the motion, it is not appropriate to consider it ex parte; unlike core Rule 608(b) cross examination (which is generally permitted to be sprung in surprise), the motion makes arguments that are covered by Rule 412 and is not very different in requiring defense disclosure than the rules requiring pre−trial litigation over alibis, authority, and other defenses. Nor does the filing cite any case law justifying an ex parte presentation on an issue like this. The defense shall email a copy of the filing to the government immediately. The filing will remain under seal until the Court verifies (at the pretrial conference) that there should not be any redactions. Emailed notice (Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.