UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. |
| v. ) | |
| ) | Violations: Title 18, United States Code, |
| ALLEN YOUNG ) | Sections 1591(a) and (b)(2), 1594(a) |
| ) | |

**COUNT ONE**

The SPECIAL AUGUST 2015 GRAND JURY charges:

Beginning no later than in or about June 2014 and continuing until in or about December 2014, in Northern District of Illinois, Eastern Division, and elsewhere,

ALLEN YOUNG,

defendant herein, in and affecting interstate commerce, knowingly harbored, transported, provided, obtained, and maintained by any means a person, namely, Minor A, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in harboring, transporting, providing, obtaining, and maintaining by any means Minor A, knowing and in reckless disregard of the fact that Minor A had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(2).

1

## COUNT TWO

The SPECIAL AUGUST 2015 GRAND JURY further charges:

Beginning no later than in or about mid-2014 and continuing until in or about December 2014, in Northern District of Illinois, Eastern Division, and elsewhere,

ALLEN YOUNG,

defendant herein, in and affecting interstate commerce, knowingly harbored, transported, provided, obtained, and maintained by any means a person, namely, Minor B, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in harboring, transporting, providing, obtaining, and maintaining by any means Minor B, knowing and in reckless disregard of the fact that Minor B had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(2).

## COUNT THREE

The SPECIAL AUGUST 2015 GRAND JURY further charges:

In or about June 2016, in Northern District of Illinois, Eastern Division, and elsewhere,

ALLEN YOUNG,

defendant herein, in and affecting interstate commerce, knowingly harbored, transported, provided, obtained, and maintained by any means a person, namely, Minor B, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in harboring, transporting, providing, obtaining, and maintaining by any means Minor B, knowing and in reckless disregard of the fact that Minor B had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(2).

## COUNT FOUR

The SPECIAL AUGUST 2015 GRAND JURY further charges:

Beginning no later than in or about 2014 and continuing until in or about 2015, in Northern District of Illinois, Eastern Division, and elsewhere,

ALLEN YOUNG,

defendant herein, in and affecting interstate commerce, knowingly harbored, transported, provided, obtained, and maintained by any means a person, namely, Minor C, and benefitted financially and by receiving anything of value from participation in a venture which has engaged in harboring, transporting, providing, obtaining, and maintaining by any means Minor C, knowing and in reckless disregard of the fact that Minor C had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Section 1591(a) and (b)(2).

## COUNT FIVE

The SPECIAL AUGUST 2015 GRAND JURY further charges:

In or about 2014, in Northern District of Illinois, Eastern Division, and elsewhere,

ALLEN YOUNG,

defendant herein, in and affecting interstate commerce, knowingly attempted to harbor, transport, provide, obtain, and maintain by any means a person, namely, Minor D, and attempted to benefit, financially and by receiving anything of value from participation in a venture which engaged in harboring, transporting, providing, obtaining, and maintaining by any means Minor D, knowing and in reckless disregard of the fact that Minor D had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 1594(a).

## COUNT SIX

The SPECIAL AUGUST 2015 GRAND JURY further charges:

In or about 2015, in Northern District of Illinois, Eastern Division, and elsewhere,

ALLEN YOUNG,

defendant herein, in and affecting interstate commerce, knowingly attempted to harbor, transport, provide, obtain, and maintain by any means a person, namely, Minor E, and attempted to benefit, financially and by receiving anything of value from participation in a venture which engaged in harboring, transporting, providing, obtaining, and maintaining by any means Minor E, knowing and in reckless disregard of the fact that Minor E had attained the age of 14 years but had not attained the age of 18 years old and would be caused to engage in a commercial sex act;

In violation of Title 18, United States Code, Sections 1591(a) and (b)(2) and 1594(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY