# Exhibit A

| 1208 | 7737710391 | N/A | 25/04/2015 14:30:18 (GMT-5) | | Sent | Sent | Phone | Outgoing | Where you ar |
|------|------------|-----|------------------------------|---|------|------|-------|----------|--------------|
| 1209 | 7737710391 | N/A | 25/04/2015 14:33:39 (GMT-5) | | Read | Inbox | Phone | Incoming | Home |
| 1210 | 7737710391 | N/A | 25/04/2015 14:33:55 (GMT-5) | | Sent | Sent | Phone | Outgoing | Let's ride around |
| 1211 | 7737710391 | N/A | 25/04/2015 14:35:01 (GMT-5) | | Read | Inbox | Phone | Incoming | Call you |
| 1212 | 7737710391 | N/A | 25/04/2015 14:42:47 (GMT-5) | | Sent | Sent | Phone | Outgoing | Im not at Rickeal house no more |
| 1213 | 7737710391 | N/A | 25/04/2015 14:53:45 (GMT-5) | | Read | Inbox | Phone | Incoming | Yea need my pic again |
| 1214 | 7737710391 | N/A | 25/04/2015 14:58:39 (GMT-5) | | Sent | Sent | Phone | Outgoing | Lol ok |
| 1215 | 7737710391 | N/A | 25/04/2015 15:06:54 (GMT-5) | | Read | Inbox | Phone | Incoming | On my way |
| 1216 | 7737710391 | N/A | 25/04/2015 15:08:21 (GMT-5) | | Sent | Sent | Phone | Outgoing | Okay I'm On Division n Kolmar |
| 1217 | 7737710391 | N/A | 25/04/2015 15:09:54 (GMT-5) | | Read | Inbox | Phone | Incoming | I just said that because i knew you was lieing lol |
| 1218 | 7737710391 | N/A | 25/04/2015 15:11:24 (GMT-5) | | Sent | Sent | Phone | Outgoing | I'm Serious . I Just walked to the Flee market on Kolmar |
| 1219 | 7737710391 | N/A | 25/04/2015 15:13:14 (GMT-5) | | Read | Inbox | Phone | Incoming | No im not picking you up at his house you dont give a fuck ask him that dont look right |

| 1277 | 7737710391 | N/A | 29/04/2015 13:46:25 (GMT-5) | | Sent | Sent | Phone | Outgoing | So when we gon do that Again ? |