# Exhibit B

| | | | | | |
|---|---|---|---|---|---|
| 1342 | 7737710391 | N/A | 02/05/2015 08:35:24 (GMT-5) | Sent | Phone | Outgoing | What tf is you tellin mfs my business for |
| 1343 | 3123759664 | * ANGEL SUPERVISOR | 02/05/2015 09:21:09 (GMT-5) | Sent | Phone | Outgoing | Hey Angel Good morning can you call me whenever you get a chance. |
| 1344 | 7732366603 | * Neyani | 02/05/2015 09:45:58 (GMT-5) | Read | Inbox | Phone | Incoming | Sorry frin its 5222 s wells R.I.P G40&maz <3 |
| 1345 | 7732366603 | * Neyani | 02/05/2015 09:46:37 (GMT-5) | Sent | Phone | Outgoing | Okay |
| 1346 | 7737710391 | N/A | 02/05/2015 11:02:46 (GMT-5) | Read | Inbox | Phone | Incoming | I didnt what are you talking about they messing with you |

| 1364 | 7737710391 | N/A | 02/05/2015 14:30:24 (GMT-5) | | Sent | Sent | Phone | Outgoing | They told me something I directly told you . |
|------|------------|-----|-----------------------------|---|------|------|-------|----------|---------------------------------------------|
| 1365 | 7737710391 | N/A | 02/05/2015 14:31:22 (GMT-5) | | Read | Inbox | Phone | Incoming | They couldnt have i havent talk to them |
| 1366 | 7737710391 | N/A | 02/05/2015 14:32:20 (GMT-5) | | Read | Inbox | Phone | Incoming | They couldnt have i havent talk to them |
| 1367 | 7737710391 | N/A | 02/05/2015 14:32:21 (GMT-5) | | Read | Inbox | Phone | Incoming | What |
| 1368 | 7737710391 | N/A | 02/05/2015 14:33:00 (GMT-5) | | Sent | Sent | Phone | Outgoing | You told Destiny me n Rickeal always passin each other stuff. |
| 1369 | 7737710391 | N/A | 02/05/2015 14:33:57 (GMT-5) | | Read | Inbox | Phone | Incoming | No get out of here she said that |