# Exhibit C

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1865 | 7737710391 | N/A | 16/05/2015 21:28:22 (GMT-5) | | Sent | Sent | Phone | Outgoing | What is Your Point why are you so obsessed with me I haven't talked to you since May 3rd I'm Trynna Better myself and you still talking about me bro |
| 1866 | 7737710391 | N/A | 16/05/2015 21:29:25 (GMT-5) | | Sent | Sent | Phone | Outgoing | Like Get OVER Me I'm NOT WORKING With You no more I deleted your number just go get leave me be |
| 1867 | 7737710391 | N/A | 16/05/2015 21:29:59 (GMT-5) | | Read | Inbox | Phone | Incoming | Who is this |
| 1868 | 7737710391 | N/A | 16/05/2015 21:30:14 (GMT-5) | | Sent | Sent | Phone | Outgoing | Okay You Gon See |
| 1869 | 7737710391 | N/A | 16/05/2015 21:32:00 (GMT-5) | | Read | Inbox | Phone | Incoming | You tex me i dont know who you are what your talking about |
| 1870 | 5044757812 | * Program Karly Stop It | 16/05/2015 21:32:22 (GMT-5) | | Sent | Sent | Phone | Outgoing | Hey sorry to bother you but you remember that man Allen I was telling you about well I stopped talking to him and Now he's stalking me and I Just want him to leave me alone |
| 1871 | 7737710391 | N/A | 16/05/2015 21:33:12 (GMT-5) | | Sent | Sent | Phone | Outgoing | Bitch Yo obsessed ass know who this is , but since you wanna act clueless you will find out |