

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/30/2016

### CHILD VICTIM/WITNESS IDENTITY INFORMATION
Protect identity in compliance with 18 USC 3509.

### JUVENILE INFORMATION
Protect juvenile identity and behavior information in compliance with 18 USC 5038.

    BROOKE MCCARTY, DOB ▉▉▉▉1987, was interviewed at ANTHONY'S Restaurant, 4720 W. 63rd Street, Chicago, Illinois. MCCARTY, who had previously been interviewed by the Agent and Task Force Officer and was aware of the nature of the interview, voluntarily provided the following information:

    MCCARTY reviewed driver's license (DL) photographs for TYSON TABB, CHARLIE HARRIS, DAVIE MCCRAY, J▉▉▉▉ B▉▉▉▉▉, KIMBERLY COFFER, D▉▉▉▉ J▉▉▉▉, and J▉▉▉▉ W▉▉▉▉. MCCARTY advised that she did not recognize any of these individuals. MCCARTY reviewed a DL photo of ALLEN YOUNG and identified the individual in the picture as ALLEN (hereafter referred to as YOUNG). MCCARTY identified a DL photo of JENNIFER FARRAR as the girl who introduced her to YOUNG. MCCARTY met FARRAR through OSCAR LNU (last name unknown). OSCAR resides on Fullerton and his cell phone number is (773) 628-4486. OSCAR also went by the name "CARLOS." MCCARTY advised that OSCAR had driven her around to dates on occasion, but was not a pimp. OSCAR would get a crush on different females and then would drive them around as a favor.

    MCCARTY advised that approximately 2-3 years ago, she was at the SHAMROCK motel on Cicero with FARRAR. MCCARTY advised that FARRAR was residing at the motel with her girlfriend. MCCARTY and FARRAR were working (performing acts of prostitution) but not making any money. FARRAR introduced MCCARTY to YOUNG and YOUNG agreed to drive MCCARTY home. MCCARTY advised that YOUNG observed she was "dope sick" and offered to buy her some heroin, but she had to pay him back. YOUNG drove to Adams and Kenton where he purchased heroin for MCCARTY. YOUNG then drove MCCARTY to his house. They entered YOUNG's basement through a back entrance. MCCARTY advised that she met a girl that was staying in YOUNG's basement. MCCARTY reviewed a photograph of K▉▉▉▉ B▉▉▉ and stated that she looked like the girl who was living in YOUNG's basement.

Investigation on   09/08/2016   at   Chicago, Illinois, United States (In Person)

File #   31E-CG-5199319          Date drafted   09/13/2016

by   MCNEAL, DANA C, REYES REGINA MIA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MCCARTY wrote an ad while YOUNG took photographs and posted the ads on Backpage.com (hereafter referred to as Backpage). YOUNG photographed MCCARTY in a blue dress. MCCARTY advised that YOUNG provided her with the blue dress that he kept in a closet in the basement. YOUNG told MCCARTY to show the girl how to answer the phone, screen calls, and talk to callers. MCCARTY advised that the girl seemed afraid of YOUNG. The girl told MCCARTY that she was young. MCCARTY believed she was approximately 15 or 16 years old. YOUNG was mean to the girl and he told MCCARTY that he wanted to mold the girl into what he wanted. YOUNG would yell and "talk shit" to the girl, including telling her to "shut the fuck up." MCCARTY advised that YOUNG was verbally abusive to the girl. YOUNG told MCCARTY he was not a pimp. YOUNG would say, "I'm a friend, giving you a ride and helping you out." MCCARTY stated that YOUNG talked to her in a way that was manipulative, but spoke to the girl in a way that was intimidating.

MCCARTY advised that YOUNG's wife did not know MCCARTY and the girl were living in the basement of her home. They had entered the basement through a back entrance. MCCARTY never saw the front of the house. YOUNG told MCCARTY and BILLS to be quiet and not make any noise. MCCARTY advised that they were not allowed to flush the toilet when YOUNG's wife was home. MCCARTY stated that YOUNG locked them in the basement. MCCARTY became aware of this when she tried to walk out the back door to smoke a cigarette. MCCARTY was allowed to smoke in the backyard when YOUNG was home and his wife was at work. There was a tall privacy fence in the backyard, which kept the neighbors from seeing the girls in the yard.

MCCARTY went to 7-11 with YOUNG to purchase vanilla cards. YOUNG used the cards to pay for postings on Backpage. YOUNG posted MCCARTY and the girl using a black burner flip phone.

MCCARTY advised that YOUNG drove her and the girl to dates in a white van. The girl began answering calls for dates in the van. YOUNG told MCCARTY and the girl not to tell anyone about their arrangement. YOUNG kept Lifestyle condoms (free from clinics) in the back pouch of his car seats.

YOUNG did not want MCCARTY and the girl to discuss how much money they were making. MCCARTY stated that she gave YOUNG half of her earnings but also paid him for gas, food, and ads. MCCARTY only had enough money for drugs and cigarettes. YOUNG purchased heroin for MCCARTY every day from the same location. MCCARTY advised that she first began using heroin at the age of 19. MCCARTY became addicted to heroin from a pimp named SHAMPOO, whom she met on Cicero Avenue. The girl asked YOUNG for "weed" but he would not give her any drugs. YOUNG told the girl that his wife would smell the weed

and she could not go outside to smoke it. The girl would get "pissed" at YOUNG for not allowing her to smoke weed. YOUNG told MCCARTY to use her drugs in the office and not in front of the girl.

MCCARTY stated that after a date, YOUNG asked the girl how much she made. The girl told YOUNG that she made $250.00. YOUNG told her that she owed him for living with him and for food. The girl gave all of the cash to YOUNG. The girl had to give YOUNG all of her earnings after every date. The girl was hesitant to turn over all of her earnings to YOUNG.

MCCARTY advised that she worked for YOUNG for approximately a week and a half and had 3-4 dates per night. MCCARTY advised that during that week and a half, she was asked to give YOUNG more and more of her money. YOUNG also began to isolate MCCARTY and did not want her talking to other people.

YOUNG rented a room at the OHARE INN and SUITES. This was the only time YOUNG rented a motel while MCCARTY was with him. MCCARTY stayed in the motel for one night and left the following night. MCCARTY stated that while YOUNG thought she was with a date, she called CARLOS to pick her up at the motel. MCCARTY did not tell YOUNG she wanted to leave or give him any indication that she was trying to leave because she did not want to upset him. MCCARTY advised that she was afraid of YOUNG. MCCARTY left with CARLOS and would not take YOUNG's calls again.

MCCARTY advised that YOUNG dressed "trashy" wearing "gator" shoes and white pants. MCCARTY believed YOUNG had just gotten out of prison. YOUNG did not have a job and had to pick up his child from school. MCCARTY stated that she once rode with YOUNG in his grey or black SUV to drop off his daughter at school. MCCARTY advised that YOUNG was new to the life of prostitution. YOUNG did not seem to be an experienced pimp. He had an idea of how it worked, but was not professional. YOUNG told MCCARTY that his wife was working and supporting him. He could not get a "regular" job because he had just been released from prison.

MCCARTY stated that YOUNG's house had a dirty couch, desk, and television. There were two rooms in the basement. One room was used as a bedroom and the other as an office. YOUNG used the cable service provider COMCAST. YOUNG also had a black laptop with a silver top that he kept in the basement.

Photographs of the individuals identified by MCCARTY will be maintained in the 1A section of this file.