UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                      Case No.: 1:17–cr–00082
                                                        Honorable Edmond E. Chang

Allen Young
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 19, 2018:

  MINUTE entry before the Honorable Edmond E. Chang: On the defense motion [43] for trial continuance, the Court notes the following in advance of the 12 p.m. appearance (which was requested yesterday) in order to allow the parties time to consider the Court's preliminary thoughts. On the 01/18/2018 Minor D interview, the Court will need more details on what information was provided to the defense, as well as the government's intention (if any) on offering it. That evidence, at least as broadly described in the motion, might not be admissible under Rule 404(b) if it is not direct evidence of the Count 5 attempt. On the Rule 412 decisions, the Court notes that it is common for lawyers to try cases in the absence of knowing evidentiary decisions before trial. To be sure, the Court holds pretrial conferences earlier than most other courts in order to provide more certainty to both sides. At the same time, there is nothing unusual about evidentiary decisions being reserved for trial, and the potential Rule 412 obstacle was obvious from the start. Emailed notice (Chang, Edmond)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.